United States Courts
Southern District of Texas
RECEIVED

OCT 20 2023    EG

Nathan Ochsner, Clerk
Laredo Division

PARTIES TO THE SUIT:

A. NAME OF ADDRESS OF PLAINTIFF:
1710 McClelland Ave. LAREDO, TX 78040

B. FULL NAME OF EACH DEFENDANT, HIS
OFFICIAL POSITION, HIS PLACE OF
EMPLOYMENT, AND HIS FULL MAILING
ADDRESS.

DEFENDANT #1: YOLANDA GARCIA,
SHE HAS FAILURE TO DO SOMETHING
ABOUT HER RENTERS MORAL OR
LEGAL OBLIGATION, SHE ADD HER
HUSBAND RENTED TO MAFIA People.
2801 LEON St. LAREDO, Texas 78043
DEFENDANT #2. VELVO GARCIA,
HE KNOWS THAT HIS PARENTS
ARE RENTING THE HOUSE NEXT
TO MINE. HE KNOWS IS WRONG.
THEY HARM ME TO HAVE
FAILURE TO DO SOMETHING.
2801 LEON St. LAREDO, Texas 78043

V. STATEMENT OF CLAIM:

I DO CLAIM THAT ON
OCTOBER 16, 2023 AT 11:00 AM
I WENT TO THE LANDLORD OF
THIS RENTED HOUSE ON 1020
GALVESTON ST. WHICH IS
NEXT TO MY HOUSE AT 1710 McClelland
AVE. I DO CLAIM THAT I MENTION
TO THE DEFENDANTS YOLANDA
GARCIA, I WENT TO HER HOUSE
ASKING FOR CLEMENCY TO HELP
ME OUT. I TOLD THE DEFENDANTS
YOLANDA GARCIA THAT HER
TENANT THE PEÑA, FAMILY WERE
TAKING SHIPMENT OF MARIJUANA
INTO THE HOUSE SHE WAS RENTING
TO THEM. I ALSO DO CLAIM
OF LETTING HER KNOW THAT THEY
THREW 575 POUNDS OF MARIJUANA
INTO MY PROPERTY SHE SAID "WHAT
IS TO YOU WHAT THEY DO. I
GO MAM THEY CAUSE ME HARM
AND DAMAGE. SHE SAYS AGAIN TO
ME WHAT IS TO YOU FF THEY
BRING THE DRUGS INTO MY
RENTED HOUSE.

PAGE 1. OF 3

I SAID NOT ONLY THAT MRS.
GARCIA, OVER MY PROPERTY. I
HAVE A CIVIL ACTION No. L-07-81
WHERE THE LAREDO POLICE DEPARTMENT,
TASH FORCE OFFICE MEDINA JORGE,
AND OFFICER LTH ALVARO MARTINEZ..,
GOT FIVE MEN ARRESTED AT
1020 GALVESTON ST., YOLANDA,
AND MANUEL GARCIA, JR. HER
HUSBAND ARE LIABLE OF
MY HOUSE BEING DAMAGE. THEY
CAUSE ME SERIOUS HARM HER
TENANT DIED AND SHE SAYS
TO ME WHAT IS IT TO YOU!
THEY DO THAT. NOW THE NEW TENANT
BAZILEA PERALTA, STOLD
CREDIT CARD'S FROM SOMEONE.
THE LAREDO POLICE DEPT, OFFICERS
WENT THREW THE FRONT OF THE
HOUSE AND THREW THE BACK OF THE
HOUSE HER TENANT BAZILEA PERALTA,
WAS INSIDE HIDING INSIDE MY
PROPERTY WITHOUT PERMISSION.
ON OCTOBER 16, 2023 OFFICER
VALDEZ, ARRIVE AT LANDLORD HOUSE
AND TELL'S ME IT'S A CIVIL CASE
PAGE 2. OF 3.

NEED TO FILE IN COURT, I
DID TOLD OFFICER VALDEZ,
THAT I AM BECAUSE ITS
IMPORTANT THAT I DO. THE
DEFENDANTS YOLAND GARCIA, IS
LEGALLY LIABLE OF I HAVING
BROKEN TEETH, HARM AND DAMAGE.
HER TENANT PENA, FAMILY
DESTROY THE INSIDE OF MY
HOUSE MAKING MY HOUSE A
STORAGE HOUSE FOR THE
NARCOTICS TO BE STORE.
I DO ASK THE COURT TO
HAVE THE DEFENDANTS TO
MOVE THERE TENANT AS RIGHT
NOW FOR STEALING CREDIT
CARD'S AND TRASSPASSING INTO
MY Property. HER TENANT FOR BARCELONA
PERALTA IS ALSO A WRONG TENANT.
THE DEFENDANTS YOULANDA GARCIA,
HAS SO MUCH FAILURE TO DO
MORE RIGHT. THE DEFENDANTS
ONLY WANTS HER $1,200 Monthly
PAYMENT. AND WHAT IS IT
TO YOU OF MY RENTERS...

PAGE 3. OF 3.

RELIEF:

I WOULD LIKE FOR THE COURT TO FILE A COMPLAINT A LAWSUIT ON MY BEHALF. I DO HAVE A LEGAL CLAIM THE DEFENDANTS HAS KNOWLEDGE OF BEING THE LANDLORD. THE DEFENDANTS YOLANDA GARCIA, HAS TO KNOW THAT HER TENANT AND HER AS RENTING TO ANYONE ARE LEGALLY LIABLE OF THE HARM AND DAMAGE I HAVE TO MYSELF AND TO MY MOTHER'S HOME. I DO HAVE A LEGAL CLAIM THE DEFENDANTS HAS CAUSE ME HARM AND DAMAGE. I DO CLAIM THE DEFENDANTS HAS CAUSE ME ALOT OF EMOTIONAL STRESS DUE TO RENTING TO ANYONE. I DO HAVE A LEGAL CLAIM AND I DO DEMAND DOLLAR AMOUNT $150,000 FROM THE DEFENDANTS YOLANDA GARCIA, THE PROPERTY OWNER OF 1020 GALVESTON, ST. FAILURE TO DO SOMETHING HAS LEGAL OBLIGATION OF HER TENANT. I DEMAND DOLLAR AMOUNT $150,000 FROM THE DEFENDANTS...