United States District Court
Southern District of Texas
**ENTERED**
November 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **CARLOS HUGO VALDEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00117 |
| § | |
| **YOLANDA GARCIA,** *et al.*, § | |
| § | |
| Respondents. § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order & Memorandum signed on November 29, 2023, it is hereby ORDERED that:

(1) Plaintiff Carlos Hugo Valdez's application for *in forma pauperis* status is GRANTED;

(2) Plaintiff Carlos Hugo Valdez's complaints against Defendant Yolanda Garcia and Defendant Velvo Garcia under state law are DISMISSED for lack of subject matter jurisdiction;

(3) Plaintiff Carlos Hugo Valdez's complaints against Defendant Yolanda Garcia and Defendant Velvo Garcia under the Controlled Substances Act are DISMISSED as frivolous;

(4) This case is DISMISSED WITHOUT PREJUDICE.

(5) In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." FED. R. CIV. P. 58.

This is a FINAL JUDGMENT.

SIGNED this November 29, 2023.

_____
Diana Saldaña
United States District Judge